UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUSHCRUNCH STUDIO LLC,

Plaintiff,

-v-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26 Civ. 7871

ORDER

PAUL A. ENGELMAYER, District Judge:

A hearing in the above-captioned matter is presently scheduled for October 20, 2026 at 2:00 p.m. Dkt. 20. The hearing is rescheduled to October 20, 2026 at 11:30 a.m. The hearing will take place in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

By October 16, 2026, plaintiff is directed to serve a copy of this Order on defendants by electronic means consistent with the Court's Order at Dkt. 20, at 8.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2026
New York, New York