UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUSHCRUNCH STUDIO LLC,

Plaintiff,

-v-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26 Civ. 7871 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed during today's conference, every 30 days from the date of this Order, plaintiff's counsel is to file a status letter updating the Court as to any developments in this action.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2026
New York, New York